# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| **v.** | : | **NO. 11-681** |
| **ANTHONY DWAYNE BAXTER** | : | |

## ORDER

**AND NOW**, this 24th day of March, 2015, upon consideration of the Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255 (Document No. 51), as amended, the government's response, and after a hearing, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that there is no probable cause to issue a certificate of appealability.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.